STATE OF NEW JERSEY v. LELAND WASHINGTON.

March 25, 1986.

Petition for certification denied.

NORBERTA CABRERA, ET AL. v. ANTHONY TRONOLONE, ET AL.

March 25, 1986.

Petition for certification denied.   (See 205 *N.J.Super.* 268)

STATE OF NEW JERSEY v. FRANK DARBY.

March 25, 1986.

Petition for certification granted, limited solely to the defendant's sixth amendment claim that his right to counsel was violated by the post-indictment interrogation of defendant by representatives of the prosecutor.   See, Comment to Rule of Professional Conduct 3.8, citing *United States v. Callabrass,* 458 *F.Supp.* 964 (S.D.N.Y.1978).   The matter is summarily remanded to the Appellate Division for its consideration of this issue.

Jurisdiction is not retained.